**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES PEEPLES**                                                        **PLAINTIFF**

**v.**                                   **Case No. 4:24-cv-00464-LPR**

**DAVID MCCORMICK, et al.**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on January 9, 2026, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims in this case are dismissed with prejudice for lack of prosecution.

IT IS SO ADJUDGED this 4th day of February 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE